

RUBY J. KRAJICK
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

August 17, 2021

**VIA ECF AND OVERNIGHT MAIL**

Bradly Gurion Marks
The Marks Law Firm PC
175 Varick Street 3rd Floor
New York, NY 10014

Joseph James Lynett
Jackson Lewis P.C. (WP)
44 South Broadway, 14th Floor
White Plains, NY 10601

Joseph James DiPalma
Jackson Lewis P.C. (WP)
44 South Broadway, 14th Floor
White Plains, NY 10601

In re: Young v. Chubb Group Holdings, Inc. (1:18-cv-2535) (PAC)

Dear Counsel:

I have been contacted by Judge Crotty who presided over the above-mentioned case.

Judge Crotty informed me that it has been brought to his attention that while he presided over the above-referenced case he owned stock in Chubb Ltd. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Crotty directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Letter to Counsel of Record
In re:  Young v. Chubb Group Holdings, Inc. (1:18-cv-2535) (PAC)
August 17, 2021
Page 2

    Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

    With Advisory Opinion 71 in mind, you are invited to respond to Judge Crotty's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before August 31, 2021.  Any response will be considered by another judge of this court without the participation of Judge Crotty.

                                                           Sincerely,

                                                           /s/Ruby J. Krajick
                                                           Ruby J. Krajick
                                                            Clerk of Court